(Rev 10/10) **LIST OF EXHIBITS**

---

Case No. 4:10-CR-00007-SAO  Magistrate Judge/Judge: **Scott A. Oravec**

Title USA
  vs.
    Justin Michael Standefer

Dates of Hearing/Trial: October 1, 2010

Deputy Clerk/Recorder: Jody Evans

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Joseph Bottini | M.J. Haden |
| | |
| | |

------------------------------------------------------**EXHIBITS**------------------------------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | | Email | A | X | X | Incident Report dated 6/16/10 |
| | | | | B | X | X | Incident Report dated 7/2/10 |
| | | | | C | X | X | Incident Report dated 9/27/10 |
| | | | | D | X | X | Incident Report dated 9/28/10 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |